JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| IRENE GONZALEZ., <br><br>    Plaintiff, <br><br> v. <br><br> HOBBY LOBBY STORES, INC., et al., <br><br>    Defendants. | Case No. 2:21-cv-07343-VAP-AFMx <br><br> **ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  April 21, 2022

                                                      VIRGINIA A. PHILLIPS <br>
                                                      United States District Judge